OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.26⁵
MAR 13 2015

3/10/2015
FEIST, HERBERT HERMAN  Tr. Ct. No. 39295-O

WR-12,375-23

On this day, this Court has denied applicant's "MOTION FOR LEAVE TO FILE APPLICATION FOR WRIT OF HABEAS CORPUS DIRECTLY TO COURT...".

Abel Acosta, Clerk

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY #
18805
P. O. BOX 26007                                        FWD
BEAUMONT, TX  77720

EBN3B 77720